UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GARY JAMES MORRIS,** | * * | **CIVIL ACTION** |
| | * | **NO.** |
| **Plaintiff** | * | |
| | * | |
| v. | * | **JUDGE** |
| | * | |
| **PRECISION DOCUMENT SOLUTIONS, INC.,** | * | |
| | * | **MAGISTRATE** |
| | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Precision Document Solutions, Inc. ("Precision"), and, with a full reservation of rights, files this Notice of Removal and avers that this matter is hereby removed to this Court on the following grounds:

1.

On or about August 9, 2013, Plaintiff Gary James Morris ("Plaintiff") filed this lawsuit in the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana (the "14th JDC"), entitled "*Gary James Morris v. Precision Document Solutions, Inc.*" and bearing docket number 2013-003683, Division F.  Plaintiff alleges that Precision terminated Plaintiff's employment in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq.*, and the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101, *et seq*.  See Petition for Damages, attached hereto as part of **Exhibit 1.**[1]

---

[1] Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Precision are attached *in globo* as Exhibit 1.

2.

Plaintiff's cause of action is one over which this Court has original jurisdiction by virtue of its reference to Title VII and the ADA and by the filing by Plaintiff of EEOC Charge No. 461-2013-00202, a copy of which is attached as part of Exhibit 1.  Specifically, Plaintiff alleges that Precision should "be found liable for violating Title VII of the Civil Rights Act of 1964 (Title VII) and The Americans with Disabilities Act (ADA)." *See* Exhibit 1.  Because Plaintiff's Title VII and ADA claims arise under federal law, the captioned matter is a "civil action arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331.  As such, this lawsuit is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

3.

Plaintiff filed his Petition for Damages on or about August 9, 2013.  Precision was first served with the Petition for Damages on September 30, 2013.  Accordingly, this Notice is timely filed pursuant to 28 U.S.C. § 1446, as it is filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

4.

Precision has provided notice to Plaintiff by mailing him a copy of this Notice and the state court Notice of Filing of Notice of Removal.  Defendant has also provided notice to the Clerk of Court for the 14th JDC through the filing of this Notice and the Notice of Filing of Notice of Removal into the record of the state court action (the Notice of Filing of Notice of Removal is attached hereto as **Exhibit 2**).

**WHEREFORE,** Defendant prays that this matter be removed to the United States District Court for the Western District of Louisiana for further proceedings and disposition.

        Respectfully submitted,

        **BAKER DONELSON BEARMAN**
        **CALDWELL & BERKOWITZ, PC**

        By: /s/ Christopher G. Morris
            CHRISTOPHER G. MORRIS (28847)
            M. LEVY LEATHERMAN (33235)
            Chase North Tower
            450 Laurel Street, 20th Floor
            Baton Rouge, Louisiana 70825
            Telephone:  (225) 381-7000
            Facsimile:  (225) 343-3612

        **ATTORNEYS FOR PRECISION DOCUMENT SOLUTIONS, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, a copy of the foregoing was served on Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed.

        /s/ Christopher G. Morris
        CHRISTOPHER G. MORRIS