# Exhibit 1



GARY JAMES MORRIS  
VS.    2013-003683  
PRECISION DOCUMENT SOLUTIONS  
INC

Citation/Long Arm

14th Judicial District Court  
State of Louisiana  
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   PRECISION  DOCUMENT  SOLUTIONS   PURSUANT   TO   LOUISIANA  
INC                                                         LONG-ARM STATUTE  
1100 VALWOOD PKWY SUITE 118  
CARROLLTON, TX 75006-8387

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to  
comply with the demand in the petition of GARY JAMES MORRIS against you, certified  
copy of which petition accompanies this citation, or file your answers thereto in writing in  
the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said  
Parish, within thirty (30) days after the service hereof, under penalty of default.

(9/30/13+30)  
10/30/13  
rr

(PETITION FOR DAMAGES)

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 9 day of AUG  
2013.

Issued and delivered August 22, 2013

_____  
Joan Vidrine  
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____  
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile  
in the parish in the hands of _____, a person apparently over the age of seventeen  
years, living and residing in said domicile and whose name and other facts connected with this service, I learned  
by interrogating the said person, said party herein being absent from his residence at the time of said service.  
RETURNED:  
PARISH OF _____ this _____ day of _____ 20____

SERVICE       $_____              BY:    _____  
                                                        Deputy Sheriff  
MILEAGE       $_____

TOTAL $_____

Party No.   P001

**A TRUE COPY**  
Lake Charles, Louisiana  
_____  
Deputy Clerk of Court  
Calcasieu Parish, Louisiana  
8-22-13

C M S 4 0 6 1 1 9 3  
Filing Date: 08/22/2013 03:04 PM      Page Count: 1  
Case Number: 2013-003683  
Document Name: Citation/Long Arm

[ Service Copy ]  
CMS0049

Page 1 of 1

GARY JAMES MORRIS    *Pro se*    :    14ᵀᴴ JUDICIAL DISTRICT COURT

VS. NO. 2013-3683 , DIV. F    :    PARISH OF CALCASIEU

PRECISION DOCUMENT SOLUTIONS, INC :    STATE OF LOUISIANA

FILED: ___8-9-13___    :    ~~Joan Vedrine~~
                            DEPUTY CLERK OF COURT

**PETITION FOR DAMAGES**

**EEOC CHARGE NO. 461-2013-00202 DISCRIMINATION AND RETALIATION**


NOW INTO COURT, comes Plaintiff, GARY JAMES MORRIS, *Pro se*,
in the above captioned matter who respectfully avers as follows:

1.

Plaintiff, Gary James Morris, is a person of full age of
majority and at all times relevant to this lawsuit has resided in
Lake Charles, Calcasieu Parish, Louisiana

2.

Defendant, Precision Document Solutions, INC., is a Texas
Corporation licensed and doing business in the State of Louisiana
and at all times relevant to this lawsuit were engaged in business
in Calcasieu Parish, Louisiana.

3.

During December 2008 and until September 17, 2012 plaintiff
was employed in Calcasieu Parish by Precision Document Solutions
as a Hybrid Printer Technician.

4.

December 8, 2011 Plaintiff was injured at work and sought
immediate medical care from his Primary care provider Sulphur
Urgent Care, Dr Jerry Dwayne Helms, initial diagnosis was torn
Long head tendon of Right Bicep and probable left ankle sprain.
Plaintiff Reported accident to Defendant.

-1-

5.

December 20, 2011, Follow-up with Orthopedic Surgeon, Tyson
Green, X-rays showed screws in left ankle were broken due to
December 8, 2011 accident.  Hardware would eventually need to be
removed. Additional healing time would be needed after this
accident stress to Triple Arthrodesis Surgery repairs.  Plaintiff
reported same to Defendant

6.

January 19, 2012, Plaintiffs Manager, Dario Garcia,
threatened to terminate Plaintiff for including HR Rep Laura Cole
in Emails.

7.

February 23, 2012, Plaintiff submitted proposal to increase
Defendants profit and allow Plaintiff to increase Income.
Defendants Corporate President, Steve Jenkins, called Plaintiff
and threatened termination.

8.

February 24, 2012 Plaintiff filed initial EEOC Charge and
communicated same information to Defendants HR Rep Laura Cole.

9.

July/August, 2012, EEOC found there was not enough evidence
to bring suit and provided Right to Sue letter.  (Document and
Charge records will be forthcoming)

10.

August 23, 2012, Plaintiff injured left shoulder and reported
accident to Defendant and contacted Center for Orthopedics for
immediate appointment with Surgeon George Trappey IV.

11.

August 24, 2012, Examination by Dr George Trappey IV resulted in prescription for pain medications and Torn Rotator cuff Light Duty.  Light duty entails lifting no more than 10 pounds and not reaching above shoulder height.  Plaintiff could no longer work in his previous Position.  Plaintiff reported same to Defendant immediately.

12.

August 28, 2012, Plaintiff underwent surgery to remove broken screws and hardware from left ankle.  Dr Tyson Green prescribed pain meds and no travel till after September 13, 2012 appointment.

13.

August 30, 2012, Plaintiff obtained Conditional Release to Work from Dr Tyson Green.  Release stipulated that Plaintiff could not travel. Plaintiff reported same to Defendant immediately.

14.

August 31, 2012, Defendant offered Plaintiff a Dispatcher position in Carrollton, Texas.  Defendant stipulated that the offer must be accepted by September 14, 2012 and start date was to be no later than October 1, 2012.

15.

September 13, Follow-up with Dr Tyson Green revealed infection in the left heel.  No travel discussion till after September 27, 2012 appointment. Plaintiff reported same to Defendant immediately.

16.

September 17, 2012 Defendant terminated Plaintiffs employment retroactive to August 31, 2012.

17.

Before November 1, 2012, Plaintiff filed EEOC Charge NO. 461-2013-00202 for Discrimination and Retaliation under Title VII of the Civil Rights Act of 1964 (Title VII) and The Americans with Disabilities Act (ADA).

18.

02-12-2013, Plaintiff added letter to EEOC Charge NO. 461-2013-00202, signed CHARGE OF DISCRIMINATION and Letter were the Faxed to EEOC New Orleans office.

19.

May 14 2013, Plaintiff received Dismissal And Notice of Rights Letter from EEOC for Charge NO. 461-2013-00202


WHERERORE, Plaintiff prays that after due proceedings there be judgment in favor of Plaintiff, Gary James Morris, and that Defendant, Precision Document Solutions, INC, be found liable to plaintiff for violating Title VII of the Civil Rights Act of 1964 (Title VII) and The Americans with Disabilities Act (ADA) and all damages resulting there from, including all wages that remain unpaid, 4 years penalty wages, 4 years FULL Medical Coverage, legal interest on all amounts owed, all fees and cost of these proceedings.

Respectfully submitted,

**A TRUE COPY**
Lake Charles, Louisiana

_Joan Vidrine_
Deputy Clerk of Court
Calcasieu Parish, Louisiana
8-22-13

Gary James Morris, *Pro se*
217 Richard Street
Lake Charles, LA 70601
Telephone: (337) 493-5338

-4-



*Paragraph 6*      *Page 1*                                      *2-24-2012*

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER,** a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

**1.   Personal Information**

Last Name: Morris          First Name: Gary          MI: J

Street or Mailing Address: ~~█████████████~~          Apt Or Unit #:

City ~~██████~~          County ~~██████~~          State: ~~███~~          ZIP: ~~█████~~

Phone Numbers: Home: ( ~~███~~ ) ~~████████~~          Work: ( ~~███~~ ) ~~████████~~

Cell: ( ~~███~~ ) ~~████████~~          Email Address: ~~garymorris@█████~~

Date of Birth: ~~████████~~          Sex: Male [X]    Female [ ]    Do You Have a Disability?   [X] Yes   [ ] No

**Please answer each of the next three questions.**    i.  Are you Hispanic or Latino?    [ ] Yes   [X] No

ii.  What is your Race? Please choose all that apply.    [X] American Indian or Alaska Native    [ ] Asian    [X] White

[ ] Black or African American      [ ] Native Hawaiian or Other Pacific Islander

iii.  What is your National Origin (country of origin or ancestry)?  USA

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

FILED 8-9-13

Name: Daphne Nearhood          Relationship: Step-Daughter

Address: ~~████████████~~          City: ~~████~~          State: ~~██~~          Deputy Clerk of Court
Calcasieu Parish, Louisiana

Home Phone: ( ~~████████~~ )          Other Phone: ( _____ )          Zip Code: ~~█████~~

**2.   I believe that I was discriminated against by the following organization(s):** (Check those that apply)

[X] Employer     [ ] Union     [ ] Employment Agency     [ ] Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here [X] and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name:  Precision Document Solutions          aka PDS

Address: 2452 Lacy Lane, Suite 100          County:

City: Carrollton          State:  TX   Zip:  75006          Phone: ( 972 ) 888-5212

Type of Business:  Printer Software and Hrdwr   Job Location if different from Org. Address:  Mailing addess listed above

Human Resources Director or Owner Name:  HR Laura Cole          Phone:  Cell - 214-232-2390

**Number of Employees in the Organization at All Locations:** Please Check (√) One

[ ] Fewer Than 15     [ ] 15 - 100     [ ] 101 - 200     [X] 201 - 500     [ ] More than 500

**3.   Your Employment Data** (Complete as many items as you can)     Are you a Federal Employee?   [ ] Yes   [X] No

Date Hired: 12/2008          Job Title At Hire: Hybrid Technician

Pay Rate When Hired: $17/Hour          Last or Current Pay Rate: $17/Hour

Job Title at Time of Alleged Discrimination:  On Site Hybrid Technician          Date Quit/Discharged:  Medical/Still Employed

Name and Title of Immediate Supervisor:  Dario Garcia  Midwest/South Region Director of Service New Business Implementation

P-8-1

*Paragraph 8*
*page 2*

2

If Job Applicant, Date You Applied for Job _____  Job Title Applied For _____

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race   ☐ Sex  ☐ Age  ☒ Disability  ☐ National Origin  ☐ Religion  ☐  Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain). _____

**5.  What happened to you that you believe was discriminatory?  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.**
*(Example: 10/02/06  - Discharged by Mr. John Soto, Production Supervisor)*

A) Date:  January 19, 2012          Action: Mr. Dario Garcia threatened my job for including HR, Laura Cole, in an Email message.
                                                           See Attached.

Name and Title of Person(s) Responsible: Dario Garcia  Midwest/South Region Director of Service

B) Date:  February 23, 2012        Action: Mr. Steve Jenkins verbally threatened my job for proposing additional revenues that
                                                          could be shared to allow an increase in my income.

Name and Title of Person(s) Responsible: Steve Jenkins  President and acting National Service Director since 01-03-2011

**6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
A) PDS and Dario Garcia have repeatedly failed to meet my needs before, during and after both Triple Arthrodesis surgeries.  These physically required procedures were performed to alleviate sleep loss and excessive pain due to increased physical activity associated with an Extreme Increase in workload.   See attached printed documentation for History and documentation.
B) I believe Mr. Jenkins demeanor may have been based on the History attached.

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?**
A) 01-30-2012, HR Laura Cole, explained that Dario Garcia was always very busy and the threat probably was not his intent.

B) none has been requested by me.

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

*Paragraph 8*
*Page 3*

3

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| A.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| A.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

9.   Please check all that apply:

☒ Yes, I have a disability

☐ I do not have a disability now but I did have one

☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
Acquired adult flatfoot deformity with arthritis and/or stiffness in the involved joints resulted in corrective surgery to both feet.
Recovery from the last surgery has not been completed so no evaluation has been performed.

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**

Yes ☒    No ☐

If "Yes," what medication, medical equipment or other assistance do you use?
Richie Braces on both ankle/feet

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**

Yes ☒    No ☐

If "YES", when did you ask? Feb 8, 2012 _____    How did you ask (verbally or in writing)?  Writing  See attachment

Who did you ask?  (Provide full name and job title of person)

HR Laura Cole and Dario Garcia   Midwest/South Region Director of Service New Business Implementation

Describe the changes or assistance that you asked for:
Do you want me to get a laborer local?  See attachment

How did your employer respond to your request?
No immediate response.

*Paragraph B*
*Page 4*

4

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
|  |  |  |

What do you believe this person will tell us?

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
|  |  |  |

What do you believe this person will tell us?

14. Have you filed a charge previously in this matter with EEOC or another agency?   Yes ☐   No ☒

15. If you have filed a complaint with another agency, provide name of agency and date of filing:

16. Have you sought help about this situation from a union, an attorney, or any other source?   Yes ☐   No ☒
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1   ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

Box 2   ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____
Signature

2-24-2012
Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

P-8-4

*Paragraph B*
*Page 5*

++++++++++++++++++++++++++++

**From:** Gary Morris
**Sent:** Thu 2/23/2012 12:41
**To:** Steve Jenkins
**Cc:** Marc Meekins; Elizabeth Smith
**Subject:** Consider

Sir,

Since December 2008, I have been the Onsite PDS Hybrid Technician for Christus St Patrick Hospital. During these 3+ years billable images have doubled while the number of printers/locations have increased from 210/15 to 345/25. The majority of profit from these increases have been consumed by overhead and Inflation leaving little to improve the bottom line of the PDS balance sheet. My balance sheet has not kept up with inflation and needs an income increase.

Would you consider these proposed changes to improve PDS profits while increasing my income?

Allow me to Contract with PDS to maintain the current SLA at Christus St Patrick while rebuilding fusers. (See attachment)
Ex. : Onsite HP 4250 Fusers: $45 versus $108,  Save $63 on 80+ fusers yields $5040yr.

Thank you,
Gary James Morris
Christus St Patrick's Printer Support
Precision Document Solutions
Christus Desk : 337-431-7898


**************************************************
On 02-23-2012 Steve Jenkins received the Above Email, then phoned me at 1303 from ▓▓▓▓▓▓▓with his response.
Blustering and bullying, his angry words clearly intended to suppress any opposition, he spoke of me reaching above my station.
Did I wish to keep my job? I said 'Yes'
Did I have anything else to say? I replied 'Not at this time'


**************************************************

*********************************************************************************
***********************

**From:** Gary Morris
**Sent:** Fri 2/24/2012 15:24
**To:** Laura Cole
**Cc:** Elizabeth Smith
**Subject:** EEOC charge form

December 2008 was a great and exciting month for me.
Joe Page allowed me to start my new career with PDS.
Kent Harris trained me and observed my skills.



*Paragraph B Page 6*

Joe and Kent introduced me to Bill Boyett and the St Pats IM team prior to our initial meeting.
Our initial meeting led to my acceptance by Bill and the IM team and a very short task list.
The task was to work with the IM team to meet and/or exceed printer repair needs.
<u>My efforts have been focused on that task.</u>

3 years later, I wish to continue to work for our client.

Elizabeth,

In February 2011 I submitted to HR(Pete Alonzo) and you information regarding my Hostile work environment. Email messages was submitted to support my position prior to our conference call. Your understanding, compassion and explanations allowed me to accept the results. We agreed that my perception may have been based on the management styles of Dario Garcia, Kelly Spore and John Gobert.

I believe the catalyst was the Client Support plan Joe Page and I devised on Friday 07-16-2010 for my twice delayed 08-19-2010 surgery. PDS was to supply me with a laborer and this was accepted by the Client. John Oliver became my manager before my surgery. Dario Garcia informed that he would supply a substitute technician instead of the Client accepted plan. The Client was negatively impacted by the substitute technician Dario supplied. I was pressed into training Ken Hardee and assisting with paperwork. When Russell McDaniel quit and John Oliver hired Scott Rodriguez, I was enlisted to train and support him while he grew into the position. John Oliver left PDS and Dario inherited me. My commitment to support Scott was halted as ordered by Dario.

Laura,

Attached is the EEOC form I have completed regarding threats to my continued employment with Precision. You have received documentation on Dario's threat. However, my email sent Thu 2/23/2012 to Steve Jenkins, Elizabeth Smith and Marc Meekins was to be considered as a means to increase revenue for PDS while increasing my income.
Steven Jenkins' angry phone call and the threat to my continued employment was not even vaguely expected.

Thank you,
Gary James Morris
Christus St Patrick's Printer Support
Precision Document Solutions
Christus Desk :
Cell/BB :
gmorris@~~~~~~.com



Paragraph B
page 7

**From:** Gary Morris
**Sent:** Thu 1/19/2012 08:30
**To:** Dario Garcia
**Subject:** RE: *Ready to work : Personnel Status_South_1/19/12

Yes

Thank you,
Gary James Morris
Christus St Patrick's Printer Support
Precision Document Solutions
Christus Desk : ~~337-494-7898~~
Cell/BB : ~~408-290-0064~~
~~gmorris@pdsnow.com~~

---

**From:** Dario Garcia
**Sent:** Thu 1/19/2012 08:29
**To:** Gary Morris
**Subject:** Re: *Ready to work : Personnel Status_South_1/19/12

Are you clocked in?

Dario Garcia
Midwest/South Region Director of Service
New Business Implementation Manager
Precision Document Solutions
2452 Lacy Lane, Suite 100
Carrollton, TX 75006
P: 972.242.7200
F: 888.702.3469
C: ~~~~
dgarcia@pdsnow.com
http://www.pdsnow.com/

On Jan 19, 2012, at 8:28 AM, "Gary Morris" <gmorris@pdsnow.com> wrote:

meds not mess.

Thank you,
Gary James Morris
Christus St Patrick's Printer Support
Precision Document Solutions
Christus Desk : ~~337-494-7898~~
Cell/BB : ~~408-290-0064~~
~~gmorris@pdsnow.com~~

---

**From:** Gary Morris
**Sent:** Thu 1/19/2012 08:28

P-8-7



Paragraph B
Page 8

**To:** Dario Garcia
**Subject:** Re: *Ready to work : Personnel Status_South_1/19/12

Yes sir
I am headed to pick up mess now.
Will run Docs after cough suppressed.

**From:** Dario Garcia
**Sent:** Thursday, January 19, 2012 08:19 AM
**To:** Gary Morris
**Subject:** Re: *Ready to work : Personnel Status_South_1/19/12

Do you have any pending DCCs?

Dario Garcia
Midwest/South Region Director of Service
New Business Implementation Manager
Precision Document Solutions
2452 Lacy Lane, Suite 100
Carrollton, TX 75006
P: 972.242.7200
F: 888.702.3469
C████████████
dgarcia@pdsnow.com
http://www.pdsnow.com/

On Jan 19, 2012, at 8:17 AM, "Gary Morris" <gmorris@pdsnow.com> wrote:

No sir.

I am dressed ready to work sitting in front of my pc preparing to take a test less than 10 minutes from St Pats.

Thank you,
Gary James Morris
Christus St Patrick's Printer Support
Precision Document Solutions
Christus Desk : ██████████████
Cell/BB : ███████████
g█████@█████████

---

**From:** Dario Garcia
**Sent:** Thu 1/19/2012 08:10
**To:** Gary Morris
**Subject:** Re: *Ready to work : Personnel Status_South_1/19/12

Are you on-site

Dario Garcia

P-8-8

*Paragraph B*
*Page 9*

Midwest/South Region Director of Service
New Business Implementation Manager
Precision Document Solutions
2452 Lacy Lane, Suite 100
Carrollton, TX 75006
P: 972.242.7200
F: 888.702.3469
C: ▓▓▓▓▓▓▓▓▓▓
dgarcia@pdsnow.com
http://www.pdsnow.com/

On Jan 19, 2012, at 7:03 AM, "Gary Morris" <gmorris@pdsnow.com> wrote:

I have a cold with cough and will respond as needed while minimizing contact with others.

Thank you,
Gary James Morris
Christus St Patrick's Printer Support
Precision Document Solutions
Christus Desk : ▓▓▓▓▓▓▓▓▓
Cell/BB : ▓▓▓▓▓▓▓▓1
▓▓▓▓▓▓▓▓▓▓▓▓

---

**From:** Dario Garcia
**Sent:** Thu 1/19/2012 07:01
**To:** Service_SouthTexas
**Subject:** Personnel Status_South_1/19/12

Good morning all -

I need today's status.

Thanks,

Dario Garcia
Midwest/South Region Director of Service
New Business Implementation Manager
Precision Document Solutions
2452 Lacy Lane, Suite 100
Carrollton, TX 75006
P: 972.242.7200
F: 888.702.3469
C: ▓▓▓▓▓▓▓▓▓
dgarcia@pdsnow.com
http://www.pdsnow.com/

---

**From:** Dario Garcia
**Sent:** Thu 1/19/2012 10:12

P-8-9

*Paragraph 8*
*Page 10*

**To:** Gary Morris
**Cc:** Laura Cole
**Subject:** Re: Time Centre_Overtime

Gary,

I am not understanding what you mean a better relationship.

You have been with Precision for sometime and have been aware of company policy in regards to overtime. I will always question my team on time punches as I am responsible for accurate time reporting.

I can sympathize with any handicaps you may have but I am also responsible to meet our clients expectations and contractual obligations. Your ability to perform your responsibilities impacts the business.

Today you punched in at 8 am but your email communication stated you were going to run personal errands during company time.

If you are working during lunch I am not aware.

If you feel that you must always include HR (Laura Cole) , maybe we should discuss your future employment with Precision.

Thank you,

Dario Garcia
Midwest/South Region Director of Service
New Business Implementation Manager
Precision Document Solutions
2452 Lacy Lane, Suite 100
Carrollton, TX 75006
P: 972.242.7200
F: 888.702.3469
C: ▮▮▮▮▮▮▮▮
dgarcia@pdsnow.com
www.pdsnow.com

On Jan 19, 2012, at 10:00 AM, "Gary Morris" <gmorris@pdsnow.com> wrote:

Sir,

I really wish we could meet face to face and establish a better relationship.
Since 9/5/2011, I have done as requested regarding Time Centre.
My days have been 8-5 with 1 hour lunch with few exceptions and NO Overtime.
Each incident where my handicap or an illness might impact client service has been submitted to you in a timely fashion.
During the current pay period I have worked through lunch on 2 occasions and promptly responded to every email during those lunches I have taken.

*P-8-10*

*Paragraph 8*
*Page 11*

Please adjust my start time for today to 0900. the time I arrived at my Office keyboard.


Thank you,
Gary James Morris
Christus St Patrick's Printer Support
Precision Document Solutions
Christus Desk : 3██████████

*p - 8 - 11*

*Paragraph 10&11*
*Page 1*

**08-23-2012** Injury to my left arm and shoulder caused me to consult Dr George Trappey.
**08-24-2012** Now both shoulders damaged and I am on Light duty.
light duty meaning lifting no more than 10 pounds
The Email below was sent to clarify light duty to Dario and HR.

---

**From:** Laura Cole
**Sent:** Mon 8/27/2012 10:47
**To:** Gary Morris; Dario Garcia
**Subject:** RE: Patient's Guide To Rotator Cuff Injuries

Gary,


What is your purpose in sending this to me?




Thank You.


Laura Cole

HR/Payroll

Precision Document Solutions

lcole@pdsnow.com

P - 972-888-5212

C - ▓▓▓▓▓▓▓-0725

F - 866-566-1256


**From:** Gary Morris
**Sent:** Friday, August 24, 2012 4:05 PM
**To:** Laura Cole; Dario Garcia
**Subject:** Patient's Guide To Rotator Cuff Injuries

*P-10&11-1*



Patient's Guide To Rotator Cuff Injuries

** Some passages deleted to minimize pages.

When can I return to full duty at work?
In general I keep people on clerical duties for 3 months after the surgery, which means no lifting with your operated arm.  This is to protect the repair.  In the 3rd and 4th month I allow you to perform light duty meaning lifting no more than 10 pounds.  People generally get back to performing full duty at work from 4 to 6 months.

What is the success rate?
The success rate for a rotator cuff repair ranges from 85 to 95% for attaining pain relief. If weakness is a significant problem, the results for regaining strength can be more variable.

Gary James Morris

Christus St Patrick's Printer Support
Precision Document Solutions
Christus Desk : ████████████

Cell/BB ████████████

████████@███████.███

The written word may be subject to interpretation but the spoken word can be lost or misconstrued without malice. UK

**From:** Gary Morris
**Sent:** Fri 8/24/2012 15:57
**To:** Laura Cole; Dario Garcia
**Subject:** Light duty and no lifting over shoulder high

Gary James Morris

P-10*11-2

Paragraph 18x11
Page 3

Christus St Patrick's Printer Support
Precision Document Solutions
Christus Desk : ~~337-491-7888~~

Cell/BB ~~409-299-8831~~

~~support@pdsonow.com~~

The written word may be subject to interpretation but the spoken word can be lost or misconstrued
without malice. UK

P-10411-3

*Paragraph 13*

## Physician's Release to Work

Gary James Morris is under my care and is released to work with the following restrictions based on the Position Description attached:

Patient will not able to move to Carrolton, TX at this time.

Physical Assistance will be required immediately and until further notice for activities beyond personal care and minor activities.

Standing/Walking should not exceed to and from his Home-based office.

Patient's condition will require continued physical therapy and will be evaluated periodically.

Physician's Signature: _____   Date: 08-30-2012

Physician's Name *Printed*:   Tyson Green, DPM

Address:  1747 Imperial Boulevard      City/State/Zip: Lake Charles, La 70605

Phone: (337) 721-7236      Fax: (337) 721-7237

*P-13-1*



Paragraph 14
page 1



# PRECISION
document solutions

August 31, 2012

Gary J. Morris

Dear Gary:

As we have discussed with you, PDS has reviewed your Work Fitness Assessment Form from your doctors and regrettably there is only one conclusion possible from that review - that you cannot continue as a service technician for PDS serving Christus St. Patrick or any other location due to the requirements of the job and the potential for injury to yourself in performing the normal functions of the job. PDS has considered other positions with PDS for which you are qualified and which we believe you could undertake within the limitations of your doctors' report. Given your experience as a service technician and your knowledge of PDS customer service and business procedures, we believe there is a position for which you would be well suited for and which would not include the physical aspects of a service tech position. We believe it would offer you the opportunity to continue your employment with PDS and to work at a far less physically demanding job.

You can start as soon as you wish but your start date must be no later than October 1, 2012. We request that you advise us of your decision to accept the position as soon as you can but no later than September 14, 2012.

Position: Dispatcher in customer service call center located at the PDS offices at 2452 Lacy Lane in Carrollton, Texas. Hours of work are forty hours per week, Monday through Friday, subject to customary holidays and other days off as discussed in the PDS Employee Handbook. Compensation would continue at your current level, although any future increases in compensation should be expected to be moderate due to your present compensation as a service technician and the lower level of compensation customary for this position.

If you accept the position, PDS will reimburse you for your direct out-of-pocket relocation expenses up to $1,500.00 in your first pay period after you start the position upon your submission of invoices for such expenses.

We hope you will find this opportunity of interest and we are happy to discuss the position with you further. In the event you choose not to relocate and accept the position, we can discuss how to proceed at that time.



P-14-1

*Paragraph 14*
*page 2*

Gary J. Morris
August 31, 2012
Page 2 of 2

Very truly yours,

Laura Cole, Human Resources

*P-14-2*

*Paragraph 15*

**Gary Morris**

| ℹ This message was sent with high importance. |
|---|

| **From:** | Gary Morris | **Sent:** | Thu 9/13/2012 09:44 |
|---|---|---|---|
| **Required:** | Laura Cole | | |
| **Optional:** | | | |
| **Resources:** | | | |
| **Subject:** | post-op *Infection* @0825 | | |
| **Location:** | Center for Orthopaedics | | |
| **When:** | Thursday, September 27, 2012 08:00-09:30 | | |
| **Attachments:** | | | |

☑ **Reminder:** 2 days

Dr Green has prescibed antibiotics and given me a supply of wound dressings to last till this appointment.
I will not be able to travel.

*P-15.1*

*Paragraph 16*
*Page 1*



# PRECISION
## document solutions

September 17, 2012

Gary Morris
~~231 Richard St.~~
~~Los Angeles, CA 90032~~

Enclosed please find the termination letter and the severance agreement as discussed today.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Laura Cole*

Laura Cole, Human Resources

Precision Document Solutions, Inc
1100 Valwood Parkway • Suite 118 • Carrollton, TX 75006
P: 972-242-7200 • F: 972-242-3030 • Nat'l P: 888-999-6160
www.pdsnow.com

*P-16-1*

*Paragraph 14 page 2*



# PRECISION
## document solutions

September 17, 2012

Gary J. Morris

~~████████████~~
~~████████████~~

Dear Gary:

We have reviewed your email of September 13, 2012 declining the position in our customer call center which we offered you in our letter of August 31, 2012.  As you know, you exhausted your vacation and sick leave earlier this year and have been on unpaid leave granted by us to allow you time to consider the call center position.  Based on the latest information you have provided, you are unable to return to work for an extended period.  We regretfully cannot continue your unpaid leave further.  Accordingly, we must terminate your employment with PDS effective today.

We wish you a full recovery and good health in the future.  You will receive information regarding COBRA and your option to continue your health insurance by separate correspondence.

Very truly yours,

*Laura D Cole*

Laura Cole, Human Resources

2363973.01.WARMINGC

*P-16-2*

*Paragraph # 17*



## U.S. Equal Employment Opportunity Commission
### New Orleans Field Office

1555 Poydras Street
Suite 1900
New Orleans, LA 70112
(504) 595-2826
TDD: 1-800-669-6820
Fax: (504) 595-2884
1-800-669-4000

Respondent: PRECISION DOCUMENT SOLUTIONS
EEOC Charge No.: 461-2013-00202
FEPA Charge No.:

November 1, 2012

Gary J. Morris
~~████████████████~~
~~Lake Charles, LA 70601~~

Dear Mr. Morris:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ X ]  Title VII of the Civil Rights Act of 1964 (Title VII)
[ ]  The Age Discrimination in Employment Act (ADEA)
[ X ]  The Americans with Disabilities Act (ADA)
[ ]  The Equal Pay Act (EPA)
[ ]  The Genetic Information Nondiscrimination Act (GINA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

Please be aware that we will send a copy of the charge to Louisiana Commission On Human Rights P.O. Box 94094 Baton Rouge, LA 70804  as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

*Keith T. Hill*

Mildred B. Johnson
Acting Supervisor - CR/TIU
(504) 595-2827

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

*P- 17-1*

*Paragraph 18 Page 1*

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 461-2013-00202 |

**Louisiana Commission On Human Rights** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Gary J. Morris | ▓▓▓▓▓▓ | ▓▓▓▓▓ |

| Street Address | City, State and ZIP Code |
|---|---|
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PRECISION DOCUMENT SOLUTIONS | Unknown | |

| Street Address | City, State and ZIP Code |
|---|---|
| ▓▓▓▓▓▓▓▓ Suite ▓▓, Carrollton, TX 75006 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest ~~09-17-2012~~   Latest 09-17-2012
*08-30-2012*
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

✗ *See Attached letter and document*

I was hired in December 2008 by the Respondent, Precision Document Solutions, as a Hybrid Printer Technician. From August 31, 2012 until my discharge on September 17, 2012, I was denied a reasonable accommodation to perform in the position of the Dispatcher in the Home Office, rather than relocate to that position as offered to me at our Carrollton, TX location. The Respondent employs more than 200 persons.

According to Laura Cole, Human Resources Representative, the duties of the Dispatcher's position must be performed within the Carrollton, TX work site.

I believe that I have been discriminated against in violation of the Americans with Disabilities Act of 1990 (ADA) due to disability, and retaliation for opposing practices made unlawful under Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

2-12-2013   *Gary J. Morris*
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

*P-18-1*

*paragraph 16 Page C*

EEOC Charges No: 461-2013-00202                    February 12, 2013

Gary J Morris

██████████████████
██████████████████████
████████████

RE: Amended Forms and Additional information

Sir,

On 08-31-2012, during a phone conversation, Laura Cole made assurances that she had received replies from 2 Supervisors that were interested in offering me positions.  She also stated that with the upcoming holiday weekend she would be expecting additional replies from supervisors that had already taken off.

When Kari Kasachkoff, PDS Executive, Assistant to Steve Jenkins, sent and email with attached file to my BlackBerry that afternoon, I felt confident about my future employment.  By the time Laura Coles sent an Email on 09-4-2012 with the attached offer dated 08-30-2012, the file and email from Kari were gone.


Thank you,

*Gary James Morris* (signature)

Gary James Morris

*P-18-2*

EEOC Form 161 (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Gary J. Morris**
▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

From: **New Orleans Field Office**
**1555 Poydras Street**
**Suite 1900**
**New Orleans, LA 70112**

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **461-2013-00202** | **Gregory Pappion,**<br>**Acting Supervisory Investigator** | **(504) 595-2854** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Greg Pappion_

for —Keith T. Hill,
Director

MAY 1 4 2013

(Date Mailed)

Enclosures(s)

cc:
**Laura Cole**
**Human Resources Representative**
**PRECISION DOCUMENT SOLUTIONS**
**PO BOX 814850**
**Dallas, TX 75381**

**Courtney K. Warmington**
**Crowe & Dunlevy**
**Attorneys at Law**
**20 North Broadway, Suite 1800**
**Oklahoma City, OK  73102-8273**