IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| GARY JAMES MORRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:13-cv-02920 |
| PRECISION DOCUMENT SOLUTIONS, INC., | ) Magistrate Judge Kathleen Kay ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Gary James Morris, hereby stipulates with the Defendant, Precision Document Solutions, Inc., that this action shall be dismissed with prejudice. Each party is to bear its own costs and fees.

s/Courtney K. Warmington
Christopher G. Morris (28847)
M. Levy Leatherman (33235)
Chase North Tower
420 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70825
(225) 381-7000
(225) 343-3612 FAX

-AND-

Courtney K. Warmington, OBA # 18486
Daniel P. Johnson, OBA # 20742
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway

Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
courtney.warmington@crowedunlevy.com
daniel.johnson@crowedunlevy.com

ATTORNEYS FOR DEFENDANT
PRECISION DOCUMENT SOLUTIONS,
INC.

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the above and foregoing was mailed, via email and certified mail, return receipt requested, on this 2nd day of December, 2014:

Gary James Morris
(337) 493-5338
Gary.morris@pobox.com

                                                s/Courtney Warmington
                                                COURTNEY WARMINGTON