UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GARY JAMES MORRIS** | : | **DOCKET NO. 13-cv-2920** |
| **VERSUS** | : | |
| **PRECISION DOCUMENT SOLUTIONS, Inc.** | : | **MAGISTRATE JUDGE KAY** |

## 60 DAY JUDGMENT OF DISMISSAL

The court having been advised by counsel for defendant that the above-captioned matter has settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the parties shall file an appropriate order of dismissal as soon as the settlement documents are executed.

If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, December 4, 2014.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE